Tab Wood, OSB 115604
twood@sussmanshank.com
Steven Cade, OSB 106466
scade@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
    *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| BRIAN ROLLINS, individually, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WINK LABS, INC., a Delaware corporation; and i.am.plus ELECTRONICS, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 3:20-cv-01220-YY<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS |

    NOTICE IS HEREBY GIVEN that Tab Wood and Steven Cade, with the law firm of Sussman Shank LLP, 1000 SW Broadway, Suite 1400, Portland, Oregon 97205, are appearing as counsel of record for defendants WINK LABS, INC. and i.am.plus ELECTRONICS, INC.

///

///

///

Page 1 - NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

Contact information for all appearing counsel is as noted in the caption.

Dated this 30th day of November, 2021.

                    SUSSMAN SHANK LLP

                    By *s/ Tab Wood*
                        Tab Wood, OSB 115604
                        twood@sussmanshank.com
                        Steven Cade, OSB 106466
                        scade@sussmanshank.com
                        503-227-1111
                            Attorneys for Defendants

Page 2 - NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130