# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Brian Rollins ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:20-cv-01220-YY |
| WINK LABS, Inc. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, WINK LABS, INC. and i.am.plus ELECTRONICS, INC.

Date: 12/13/2021

s/ Andrea R. Meyer
*Attorney's signature*

Andrea R. Meyer
*Printed name and bar number*

Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205
*Address*

ameyer@sussmanshank.com
*E-mail address*

(503) 227-1111
*Telephone number*

(503) 248-0130
*FAX number*