**Cody Berne**, OSB No. 142797
Email:cberne@stollberne.com
STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600

**Attorneys for Plaintiff**

**Tab Wood,** OSB 115604
Email: twood@sussmanshank.com
**Steven Cade**, OSB 106466
Email: scade@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone:   (503) 227-1111

**Attorneys for Defendants**

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| BRIAN ROLLINS, individually, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WINK LABS, INC.; and<br>i.am.plus ELECTRONICS, INC.,<br><br>Defendants. | Case No.: 3:20-cv-1220-YY<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Brian Rollins ("Plaintiff") and defendants i.am.plus Electronics, Inc. and Wink Labs, Inc. (collectively, "Defendants"), stipulate to dismiss all claims and causes of action in this case.

Notice of the dismissal to the proposed class is not required.  Members of the proposed class are not precluded by this dismissal from bringing the same or a similar action in the future and/or pursuing claims already filed.

Page 1 –**NOTICE OF VOLUNTARY DISMISSAL**

Fed. R. Civ. P. 23(e)(3) may require the parties to identify any agreements between Plaintiff and Defendants. Pursuant to that rule, and as the Court is already aware from the Joint Status Updates in this case, the parties entered into a settlement agreement that required Defendants to make the settlement payment on or before July 5, 2022. That deadline was extended to August 5, 2022. Defendants have not paid the settlement payment. On September 15, 2022, Plaintiff filed an action in Multnomah County Circuit Court for breach of contract against Defendants, relating to Defendants' failure to pay the settlement payment. The Multnomah County Circuit Court entered an order of default on December 9, 2022. On January 6, 2023, Multnomah County Circuit Court Judge Shelley Russell signed the default judgment and money award. There are no other agreements among Plaintiff and Defendants.

The parties further stipulate that each party shall bear its own attorney fees and costs.

DATED this 15th day of March, 2023.

| STOLL STOLL BERNE LOKTING & SHLACHTER P.C. | SUSSMAN SHANK LLP |
|---|---|
| By: *s/Cody Berne* <br> **Cody Berne**, OSB No. 142797 | By: *s/Tab Wood* <br> **Tab Wood**, OSB 115604 <br> **Steven Cade**, OSB 106466 |
| 209 SW Oak Street, Suite 500 <br> Portland, OR 97204 <br> Telephone: (503) 227-1600 <br> Email: cberne@stollberne.com | 1000 SW Broadway, Suite 1400 <br> Portland, OR 97205-3089 <br> Email: twood@sussmanshank.com <br>           scade@sussmanshank.com |
| -AND- | |
| **Nicholas A. Kahl**, OSB No. 101145 <br> NICK KAHL LLC <br> 209 SW Oak Street, Suite 400 <br> Portland, OR 97204 <br> Email: nick@nickkahl.com | **Attorneys for Defendants** |
| **Attorneys for Plaintiff** | |

Page 2 –**NOTICE OF VOLUNTARY DISMISSAL**